January 9, 2023

**To Whom it May Concern**

It is hereby resolved that 4570 HH PKWY LLC should seek Chapter 11 Protection

*Ashley*

Ashley Medina (As Attorney in Fact)

4570 HH PKWY LLC